UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

EDYTA CLEMENT,

            Plaintiff,

v.

COTT BEVERAGES, INC,

            Defendant.

---

**JOINT STIPULATION FOR DISMISSAL**

Case 1:15-CV-00371-EAW

    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Edyta Clement, and Defendant, Cott Beverages, Inc., by their undersigned counsel, hereby stipulate that all causes of action and claims in the above-styled action should be dismissed on the merits, with prejudice, and without costs or attorneys' fees to any party. The parties further stipulate that either of them may file this stipulation with the Court.

Dated:     July 29, 2016

| | |
|---|---|
| /s/ Kevin P. Wicka | /s/ Amy Habib Rittling |
| Counsel for Plaintiff | Counsel for Defendant |
| Jenna Strazzulla, Esq. | Amy Habib Rittling, Esq. |
| Kevin Wicka, Esq. | Vincent M. Miranda, Esq. |
| **THE TARANTINO LAW FIRM** | **LIPPES MATHIAS WEXLER FRIEDMAN LLP** |
| *Attorneys for Edyta Clement* | *Attorneys for Cott Beverages, Inc.* |
| 1500 Rand Building | 50 Fountain Plaza, Suite 1700 |
| 14 Lafayette Square | Buffalo, NY 14202 |
| Buffalo, NY 14203 | (716) 853-5100 |
| (716) 849-6500 | ahabibrittling@lippes.com |
| jstrazzulla@tarantinolaw.com | vmiranda@lippes.com |
| kwicka@tarantinolaw.com | |

SO ORDERED

ELIZABETH A. WOLFORD
United States District Judge

Date 8-1-16